ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Guam Pacific International, LLC | ) ASBCA No. 62747 |
| | ) |
| Under Contract No. N40192-10-D-2800 | ) |

APPEARANCES FOR THE APPELLANT:    Andrew J. Haliw III, Esq.
    Jennifer Cook, Esq.
     Counsel

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
     Navy Chief Trial Attorney
    Patricia Walter, Esq.
     Trial Attorney

<u>ORDER OF DISMISSAL</u>

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 16, 2021

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62747, Appeal of Guam Pacific International, LLC, rendered in conformance with the Board's Charter.

Dated: June 17, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals